Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238

attorneyjlcrawford@verizon.net

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION

MARCUS BLOUNT
2206 Lukewood Drive
Baltimore, Maryland 21207

    PLAINTIFF

Vs.

MARYLAND SKATING, LLC
d/b/a Hot Skates
100 E. Campus View Blvd.
Suite 115
Columbus, OH 43235

Serve: Business Filings International Inc
351 West Camden Street
Baltimore, Maryland 21201

And

1708-1716 WHITEHEAD ROAD, LLC
Serve: Jones Lang Lasalle Americas, Inc    Case No.:_____
7401 Forbes Blvd, Suite B2
Lanham, Maryland 20706

And

KENYA VINCENT, MANAGER OF
HOT SKATES
1716 Whitehead Road
Woodlawn, Maryland 21207

In her individual and official capacity

    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND JURY TRIAL PRAYER

NOW COMES, Marcus Blount, "Plaintiff", by his attorneys JESSIE LYONS CRAWFORD, ESQUIRE AND THE LAW OFFICES OF JESSIE LYONS CRAWFORD,

1

LLC, and sues the above-referenced Defendants, severely and jointly. In support thereof state:

PARTIES

1. Plaintiff, Marcus Blount, is a citizen of the United States and resides in Baltimore County, Maryland. At all times relevant herein, Plaintiff was a business invitee.

2. Defendant, Maryland Skating, LLC, doing business as Hot Skates is an Ohio Corporation who conducts business in the State of Maryland.

3. Defendant 1708-1716 Whitehead, LLC, is a Maryland Corporation who conducts business in the State of Maryland.

4. Defendant Kenya Vincent is the Manager of Hot Skates and was responsible for managing Hot Skates at the time of the incident more fully described below.

JURISDICTION AND VENUE

5. That the facts giving rise to the instant occurrence took place in Baltimore County, Maryland. This is an action for damages in excess of Five-Hundred Thousand dollars ($500,000.00), exclusive of costs and interest, and otherwise within the jurisdiction of this Court. Additionally, the Defendant is a Corporation doing business in several jurisdictions with its headquarters located in Columbus, Ohio and the skating rink located in Woodlawn, Maryland. Thus the Federal Court has jurisdiction over this case.

FACTUAL ALLEGATIONS

6. At all times material, and on the date and time of the incident complained of, Defendants, Maryland Skating, LLC d/b/a Hot Skates an Ohio

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**



**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

Limited Liability Company (hereinafter "Hot Skates") and 1708-1716 Whitehead, LLC, were corporate and/or business entities for profit organized and existing under the laws of the State of Maryland.

7. Hot Skates is a roller skating rink that caters to young people who pay a fee to enter the premises for the purpose of roller skating.

8. The actual building housing Hot Skates is owned by Defendant 1708-1716 Whitehead Road, LLC.

9. Defendant Hot Skates owned, managed, operated, maintained and controlled the subject property known and referred to as "Hot Skates", located at or about 1716 Whitehead Rd, Woodlawn, MD 21207.

10. Defendant Kenya Vincent was hired by Defendant Hot Skates to manage the skating facility.

11. Defendant Hot Skates exercised jurisdiction and control over the purpose and operations of the subject property and its common areas and did employ agents, employees, officers, staff, administrators, representatives, servants, and/or security personnel and said Defendants exercised jurisdiction and control over the procedures which said agents, employees, officers, staff, administrators, representatives, servants and/or security personnel, had the privilege and obligation to perform, and said Defendants determined the qualifications or lack of qualifications of said agents, employees, staff, administrators, representatives, servants and security personnel as the same related to those procedures and duties which were devised by said Defendants for the aforementioned agents, employees, staff, administrators, representatives, servants, and/or security personnel; or alternatively, said agents, employees,

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

staff, administrators, representatives, servants, and/or security personnel, worked in a common effort for the economic benefit for the aforementioned Defendants herein.

12. On or about October 30, 2011, Hot Skates opened its doors to the public to enter the premises and roller skate.

13. Despite having a policy to search each person for weapons, most patrons were not searched.

14. Around 12:15 a.m. on October 30, 2011, Plaintiff, was an invitee and lawfully on the premises of the subject property known as "Hot Skates" located at 1716 Whitehead Rd, Woodlawn, MD 21207 for the purposes of roller skating.

15. Specifically, on the aforementioned date and time, Plaintiff was approached by unknown male inside of Hot Skates, who stabbed Plaintiff with a knife.

16. The Defendant did not conduct any pat down and searches during the event.

17. Moreover, the Defendant Hot Skates provided insufficient security required to search each person entering the building.

18. On the aforementioned date and location, there were multiple fights and disturbances inside of Hot Skates; specifically, the crowd was so out of control the party was closed down by Manager Kenya Vincent after observing that security was overwhelmed.

19. The Defendant purchased or leased Hot Skates within a year after a predecessor was closed, named "Skateworks," primarily due to incidents

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

involving rape of a 12 year old girl in August of 2010, insufficient security, rowdiness and violence.

## COUNT I- NEGLIGENCE

### (MARYLAND SKATING, LLC D/B/A HOT SKATES)

20. Plaintiff incorporates paragraphs one through nineteen as if herein restated for reference.

21. At all times material, Defendant Maryland Skating, LLC d/b/a Hot Skates was in control of the premises at 1716 Whitehead Road and was responsible for providing adequate and competent security; and, had it within their own power to take the measures necessary to provide for adequate security on the premises of 1716 Whitehead Rd, Woodlawn, MD 21207.

22. At all times material, Defendant owed a duty to the public, which included Plaintiff, to exercise reasonable and ordinary care to keep and maintain its premises in a condition reasonably safe for the use of the public.

23. In particular, the Defendant had a duty to take such precautions as were reasonably necessary to safeguard its invitees, which included Plaintiff, from reasonably foreseeable risks or harm to their person or property.

24. Defendant knew, or in the exercise of reasonable care should have known, that the skating facility was prone to violent crimes as indicated by previous criminal acts within and related to the facility and that violent criminal acts and attacks were reasonably foreseeable to be perpetrated on business invitees of the defendant unless defendant took reasonable steps to provide proper security for such individuals.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

25. The Defendant knew or should have known that the time period in which it took possession of the defunct skating facility was less than a year of closing of "Skateworks" and that the same group would likely frequent the facility.

26. The Defendant failed to search individuals entering in the building in the night in question and an assailant entered and with an object and stabbed the Plaintiff.

27. The Defendant was negligent and breached its duty of reasonable care for the safety of the public and the plaintiff in all or more of the following ways:

a. By failing to provide adequate security for the users, customers, and invitees of its establishment, including the Plaintiff;

b. by failing to have an adequate number of security guards to safeguard the users, customers, and invitees of said establishment, including the Plaintiff;

c. by failing to have competent security guards to safeguard users, customers and invitees of such establishment, including the Plaintiff;

d. by failing to properly train security guards, so that they could safeguard the users, customers, and invitees of said establishment, including the Plaintiff;

e. by failing to have a sufficient number of guards in visible areas to deter crime thereby safeguard users, customers, and invitees of said establishment, including the Plaintiff;

f. by failing to take additional security measures after being put on notice that security measures in force were inadequate;

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**
2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

g. by failing to reasonably and effectively utilize and monitor existing security devices in place, if any including closed circuit television cameras;

h. by failing to warn, guard, and secure the safety of the Plaintiff, or other similarly situated members of the public, when the Defendant knew or should have known of the existence of crime and the danger to those individuals using and entering the establishment;

i. by failing to implement adequate security policies, security measures, and security procedures necessary to safeguard the Plaintiff, and other patrons of said establishment;

j. by failing to police, patrol, guard, deter, and otherwise provide adequate security for patrons of said establishment, when Defendant knew or should have known of foreseeable criminal acts;

28. As a direct and proximate result of the above-described negligence of the Defendant, the Plaintiff has suffered physical severe and permanent damages, incurred significant past and future past medical expenses, and the loss of past income and future earning capacity, and was caused to withdraw from college in order to heal from the stab wounds.

29. The Defendant was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Marcus Blount prays for judgment against Maryland Skating, LLC d/b/a Hot Skates, for damages in the amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars), including interest to the extent allowed by law, plus costs and attorney's fees.

## COUNT II- NEGLIGENCE

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

### (KENYA VINCENT)

30. Plaintiff incorporates paragraphs one through twenty-nine as if herein restated for reference.

31. Defendant Maryland Skating, LLC d/b/a Hot Skates hired Defendant Kenya Vincent to manage Hot Skates.

32. In particular, the Defendant Vincent had a duty to take such precautions as were reasonably necessary to safeguard invitees of Hot Skates, which included Plaintiff, from incidents that were reasonably foreseeable.

33. Defendant knew, or in the exercise of reasonable care should have known, that the skating facility was prone to violent crimes as indicated by previous criminal acts within and related to the facility and that violent criminal acts and attacks were reasonably foreseeable to be perpetrated on invitees of the defendant unless Defendant took steps to provide proper security for such individuals.

34. Defendant Vincent had the responsibility of deciding the number of security personnel needed to cover the patrons at the skating facility and with the exercise of reasonable care knew or should have known, that the security personnel on site was insufficient for Hot Skates.

35. Defendant Vincent failed to enforce the policy to search all patrons entering the premises.

34. As a direct and proximate result of the above-described negligence of the Defendant, the Plaintiff has suffered extensive permanent physical injuries, pain and suffering, also incurred significant past and future past medical expenses, and the loss of past income and future earning capacity.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

8

36. The Defendant was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Marcus Blount prays for judgment against Kenya Vincent for damages in the amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars), including interest to the extent allowed by law, plus costs and attorney's fees.

## COUNT III- NEGLIGENCE
### (1708-1716 WHITEHEAD, LLC)

37. Plaintiff incorporates paragraphs one through thirty-six as if herein restated for reference.

38. At all times material, Defendant Maryland Skating, LLC d/b/a Hot Skates and 1708-1716 Whitehead, LLC owed a duty to the public, including Plaintiff to exercise reasonable and ordinary care to keep and maintain its premises in a condition reasonably safe for the use of the public.

39. In particular, the Defendant had a duty to take such precautions as were reasonably necessary to safeguard its invitees, including Plaintiff from criminal attacks which were reasonably foreseeable.

40. Defendant knew, or in the exercise of reasonable care should have known, that the skating facility was prone to violent crimes as indicated by previous criminal acts within and related to the facility and that violent criminal acts and attacks were reasonably foreseeable to be perpetrated on business invitees of the Defendant unless Defendant took steps to provide proper security for such individuals.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue**
**Baltimore, MD 21218**
**Tel: (410) 662-1230**
**Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

41. The Defendant knew, or in the exercise of reasonable care should have known, that no individual, including the Plaintiff, had it within their own power to take the measures necessary to provide for their own security on the premises of 1716 Whitehead Rd, Woodlawn, MD 21207.

42. The Defendant was negligent and breached its duty of reasonable care for the safety of the public and the plaintiff in all or more of the following ways:

a. By failing to provide adequate security for the users, customers, and invitees of its establishment, including the Plaintiff;

b. by failing to have an adequate number of security guards to safeguard the users, customers, and invitees of said establishment, including the Plaintiff;

c. by failing to have competent security guards to safeguard users, customers and invitees of such establishment, including the Plaintiff;

d. by failing to properly train security guards, so that they could safeguard the users, customers, and invitees of said establishment, including the Plaintiff;

e. by failing to have a sufficient number of guards in visible areas to deter crime thereby safeguard users, customers, and invitees of said establishment, including the Plaintiff;

f. by failing to take additional security measures after being put on notice that security measures in force were inadequate;

g. by failing to reasonably and effectively utilize and monitor existing security devices in place, if any including closed circuit television cameras;

h. by failing to warn, guard, and secure the safety of the Plaintiff, or other similarly situated members of the public, when the defendant knew or should

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

have known of the existence of crime and the danger to those individuals using and entering the establishment;

i. by failing to implement adequate security policies, security measures, and security procedures necessary to safeguard the Plaintiff, and other patrons of said establishment;

j. by failing to police, patrol, guard, deter, and otherwise provide adequate security for patrons of said establishment, when the Defendant knew or should have known of foreseeable criminal acts;

43. As a direct and proximate result of the above-described negligence of the Defendant, the Plaintiff has suffered extensive permanent physical injuries, pain and suffering, also incurred significant past and future past medical expenses, and the loss of past income and future earning capacity.

44. The Defendants were negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Marcus Blount prays for judgment against 1708-1716 Whitehead, LLC, for damages in the amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars), including interest to the extent allowed by law, plus costs and attorney's fees.

### COUNT IV- <u>NEGLIGENT HIRING AND RETENTION.</u>
### (MARYLAND SKATING, LLC D/B/A HOT SKATES SECURITY PERSONNEL)

45. Plaintiff incorporates paragraphs one through forty-four as if herein restated for reference.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

46. Defendants selected, hired, retained and contracted with Security Personnel and/or police forces and/or the other joint ventures to perform work and provide security for Hot Skates.

47. Defendants failed to exercise reasonable care in selecting, hiring, retaining and contracting sufficient and diligent Security Personnel to provide security for Hot Skates on October 30, 2011.

48. As a direct and proximate result of Defendants negligent hiring and retention, Plaintiff suffered extensive and permanent injuries to his person, as described herein.

49. The Plaintiff was negligent with no want of due care on the part of the Plaintiff.

### COUNT V- NEGLIGENT HIRING AND RETENTION
### (MARYLAND SKATING, LLC D/B/A HOT SKATES
### KENYA VINCENT)

50. Plaintiff incorporates paragraphs one through forty-nine as if herein restated for reference.

51. Defendants selected, hired, retained and contracted Kenya Vincent to manage Hot Skates but failed to verify her experience in the field of management of a skating facility and managing of Security Personnel.

52. Defendants failed to exercise reasonable care in selecting, hiring, retaining and contracting Defendant Vincent who lacked the proper skills and who repeatedly failed to implement a policy and procedure to control crowds in order to prevent foreseeable harm to patrons.

53. On October 30, 2011, Defendant Vincent failed again to act reasonably in the manner stated above and as a direct and proximate result of

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

Defendant Hot Skates negligent hiring and retention, Plaintiff suffered extensive and permanent injuries to his person, as described herein.

54. The Plaintiff was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Blount demands judgment against Defendant KENYA VINCENT jointly and severally liable in the amount One Million Five Hundred Dollars ($1,500,000.00) in compensatory damages, plus prejudgment and post judgment interest and costs.

COUNT VI-NEGLIGENT TRAINING AND SUPERVISION
(MARYLAND SKATING D/B/A HOT SKATES
FAILED TO TRAIN SECURITY PERSONNEL)

55. Plaintiff incorporate by reference paragraphs one through fifty-four of this Complaint as if set forth herein.

56. Defendants exercised control over the operative details of the security services provided by its employees and/or contractors.

57. Defendants had the authority to train and supervise, prohibit, control, and/or regulate its employees and contractors so as to guard against foreseeable harm to its invitees.

58. Defendants failed to exercise due care by failing to train its security personal and failed to supervise, prohibit, control or regulate its security personnel.

59. As a direct and proximate result of Defendants negligent supervision and training of its employees, Plaintiff suffered and continues to suffer painful and extensive injuries.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

60. The Defendant was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Blount demands judgment against Defendant Maryland Skating, LLC d/b/a Hot Skates jointly and severally liable in the amount One Million Five Hundred Dollars ($1,500,000.00) in compensatory damages, plus prejudgment and post judgment interest and costs.

COUNT VII-NEGLIGENT TRAINING AND SUPERVISION
(MARYLAND SKATING D/B/A HOT SKATES
FAILED TO TRAIN KENYA VINCENT)

61. Plaintiff incorporate by reference paragraphs one through sixty of this Complaint as if set forth herein.

62. Defendants exercised control over the operative details of the security services provided by its employees and/or contractors.

63. Defendants had the authority to supervise, prohibit, control, and/or regulate its employee, Kenya Vincent to use reasonable care in managing the security aspect of events to guard against foreseeable harm to its invitees.

64. Defendants failed to exercise due care by failing to supervise, prohibit, control or regulate its security personnel.

65. As a direct and proximate result of Defendants negligent supervision and training of its employees, Plaintiff suffered and continues to suffer painful and extensive injuries.

66. The Defendant was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Blount demands judgment against Defendant Maryland Skating, LLC d/b/a Hot Skates jointly and severally liable in the

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

amount One Million Five Hundred Dollars ($1,500,000.00) in compensatory damages, plus prejudgment and post judgment interest and costs.

## COUNT VIII-NEGLIGENT RETENTION
(MARYLAND SKATING D/B/A HOT SKATES
RETAIN KENYA VINCENT)

67. Plaintiff incorporate by reference paragraphs one through Sixty-Six.

68. Defendants exercised control over the operative details of the security services provided by its employees and/or contractors.

69. Defendants had the authority to supervise, prohibit, control, and/or regulate its employees and contractors so as to guard against foreseeable harm to its invitees.

70. Defendants hired Defendant Vincent to manage the skating facility which included managing the security.

71. Defendant Vincent repeatedly failed to implement procedures to maintain rowdy crows, implement procedure to ensure that people were searched and select competent security personnel to provide security for Hot Skates.

72. Defendant was negligent to retain Defendant Vincent despite her repeated failure to perform her duties.

73. Defendant Vincent again failed to implement security on October 30, 2011 designed to prevent foreseeable risk of harm to the Plaintiff.

74. As a direct and proximate result of Defendants' negligent supervision and training of its employees, Plaintiff suffered and continues to suffer painful and extensive injuries.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

75. The Defendant was negligent with no want of due care on the part of the Plaintiff.

WHEREFORE, Plaintiff Blount demands judgment against Defendant Maryland Skating, LLC d/b/a Hot Skates jointly and severally liable in the amount One Million Five Hundred Dollars ($1,500,000.00) in compensatory damages, plus prejudgment and post judgment interest and costs.

### COUNT IX-NEGLIGENT ENTRUSTMENT
(1708-1716 WHITEHEAD, LLC)

76. Plaintiff hereby incorporates paragraphs one through seventy-five of this Complaint fully as if the allegations were set forth fully herein.

77. The injuries harm, and damages were incurred by the Plaintiff as a result of Defendant Hot Skates operating their establishment in a negligent and reckless manner, which because of prior actions, Defendant 1708-1716 Whitehead, LLC knew, or had reason to know, was foreseeable and involved an unreasonable risk of harm to others.

78. Defendant 1708-1716 Whitehead, LLC as the owner of the aforementioned property, had the right to permit and the power to prohibit the negligent manner that Defendant Hot Skates was operating its establishment.

79. Defendant 1708-1716 Whitehead, LLC knew, or had reason to know, that Defendant Hot Skates patrons, because of prior actions, had a propensity to be violent and unruly and was foreseeable to assault patrons.

80. As a direct result of Defendant 1708-1716 Whitehead, LLC negligently entrusting Defendant Hot Skates, who operated its establishment owned by Defendant in a negligent and reckless manner, the Plaintiff, without any

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**
2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

16

contributory negligence, did suffer the injuries, damages, and harm previously enumerated in this Complaint.

WHEREFORE, Plaintiff Marcus Blount demands judgment against Defendant 1708-1716 Whitehead, LLC in the amount of TWO MILLION DOLLARS ($2,000,000.00), plus costs, pre-judgment interest, and post-judgment interest as this Court deems appropriate.

        Respectfully Submitted,

        MARCUS BLOUNT

By:  LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

_____
Jessie Lyons Crawford, Esq.
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

COUNSEL TO PLAINTIFF

### JURY TRIAL PRAYER

Plaintiff prays a jury trial on all counts herein stated in the Complaint.

_____
Jessie Lyons Crawford, Esq

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net