**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
BALTIMORE DIVISION

**MARCUS BLOUNT**
    PLAINTIFF

Vs.                    Civil Case.: **1:12-cv-01058-WMN**

**MARYLAND SKATING, LLC**, *et al*
    DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES

**NOW COMES**, Marcus Blount, "Plaintiff", by his undersigned counsel, and replies to Defendants' Response to Plaintiff's Motion to Strike Affirmative Defenses. In support thereof state:

1. As a preliminary matter the Defendants' fail to address the arguments raised by Plaintiff in his motion and therefore the Court should treat their failure to respond to each allegation in the Motion as conceded. *See Halmon v. Jones Lang Wootton USA*, 355 F. Supp. 2d 239 (2005)

2. The established precedent of this Court reinforces the arguments, that the Defendants must plead their affirmative defenses with [s]pecificity as to give Plaintiff notice. *See Palmer v. Oakland Farms, Inc*., 2010 U.S. Dist. LEXIS 63265, at \*4 (W.D. Va. June 24, 2010), which held that:

"A requirement that an affirmative defense be pleaded in accordance with the *Twombly-Iqbol* standard simply means than that it be pleaded in a way that is intelligible, gives fair notice, and is plausibly suggested by the facts."

(citing *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)).

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

See also *analysis regarding Iqbol* by Judge Deborah Chasanow *in re: Aguilar v. CITY LIGHTS OF CHINA RESTAURANT, INC*., Dist. Court, D. Maryland 2011.

3. The heightened pleading standards for Affirmative Defenses serves to provide Plaintiff with notice regarding the facts that entitle the Defendants' to plead those defenses, thus narrowing issues for discovery. See <u>Haley Paint Company et al , vs. EI. Du Pon De Nemours And Co, et al</u>, (U.S. District of Maryland 2/3/12) stating that affirmative defenses at a minimum must set for some statement of the ultimate facts underlying the defense.

4. Moreover, the Defendants' have requested that the Court allow them an additional thirty (30) days to file their amended Affirmative Defenses. Plaintiff has no objection with an extension of time, but in the interest of judicial economy and to not delay the proceedings, the court should afford ten (10) days. The Defendant's cite <u>Wayne A. Bradshaw v. Hilco Receivables, LLC,</u> in support of their contention that this Court should afford them an additional thirty (30) days. This case is distinguishable as the *Bradshaw* case involved complex issues regarding interpretation of Consumer Protection and Federal Law. This case is a negligence action which clearly does not involve the complex issues raised in *Bradshaw*. A thirty (30) day extension of time to amend it's answer will unduly delay the administration of this case.

**WHEREFORE**, Plaintiff respectfully request that this Court strike the Defendant's Affirmative Defenses without a hearing (*See* Local Rule 105.6 (D. Md. 2011).) and for other relief as may be deemed just and proper.



Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

Respectfully Submitted,

							**MARCUS BLOUNT**

					By:		THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

							_____
							Jessie Lyons Crawford, Esq.
							Federal Bar No.: 25247
							2601 Maryland Avenue
							Baltimore, Maryland 21218
							(410) 662-1230, Office
							(410) 662-1238, Facsimile
							attorneyjlcrawford@verizon.net

							COUNSEL TO PLAINTIFF

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that Reply to Defendants' Response to Plaintiff's Motion to Strike Affirmative Defenses was mailed on this __18th___ day of _May 2012, *via the court's electronic noticing system* to:

Gregory Scott Savage, Esquire
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
500 East Pratt Street
Suite 600
Baltimore, MD 21202
*Via Electronic Notice*


							_____
							Jessie Lyons Crawford, Esq

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net