**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
BALTIMORE DIVISION

|  |  |
|---|---|
| **MARCUS BLOUNT** <br>   PLAINTIFF | * <br> * |
| Vs. | * Civil Case.: **1:12-cv-01058-WMN** <br> * |
| **MARYLAND SKATING, LLC**, et al <br>   DEFENDANTS | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REQUESTING SCHEDULING ORDER

NOW COMES, Marcus Blount, "Plaintiff", by his undersigned counsels, and request that the Court issue a Scheduling Order in this case.

1. On April 5, 2012, this matter was filed in the Court.

2. On April 27, 2012, the Defendants' filed an Answer to the Complaint.

3. On April 28, 2012, the Plaintiff filed a Motion to Strike the Defendants' Answer.

4. On June 27, 2012, the Defendants' filed an Amended Answer to the Complaint, complying with the heighten pleadings standard.

5. On July 16, 2012, the Court denied Plaintiff's Motion to Strike as moot.

6. On November 5, 2012, Plaintiff filed a notice of voluntary dismissal.

7. On November 6, 2012, the Court granted the motion as to defendant Kenya Vincent.

8. It has been over nine (9) months since the Defendant have filed an Answer and Plaintiff would like the Court to issue a Scheduling Order so that litigation can commence.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel:  (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

9. Based on the complexity of this case and the issues involved, Plaintiff would like the case to be placed on the regular trial track.

10. Finally, Plaintiff does not agree to waive initial disclosures in this matter and requested that the Court provide a deadline when such disclosures would be due.

**WHEREFORE,** premises considered, Plaintiff respectfully request that this Court issue a Scheduling Order.

Respectfully Submitted,

**MARCUS BLOUNT**

By:   THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

*/s/ Jessie Lyons Crawford*
Jessie Lyons Crawford, Esq.
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

COUNSEL TO PLAINTIFF

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**
2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that Plaintiff's Motion Issue Scheduling Order was mailed on this ___16th___ day of __January__, 2013, *via the court's electronic noticing system* to:

Angela Russell, Esquire
Helyna M Haussler, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street
Suite 600
Baltimore, MD 21202
*Via Electronic Notice*

_____
Jessie Lyons Crawford, Esq

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

3